**Affirm and Opinion Filed October 7, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00974-CR**

**ARTEMIO FLORES YANEZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-83716-2021**

## MEMORANDUM OPINION

Before Justices Molberg, Breedlove, and Kennedy
Opinion by Justice Breedlove

Appellant Artemio Flores Yanez appeals his conviction and life sentence for the offense of murder.[1] We affirm.

Yanez entered a plea of guilty to murder. The trial court accepted his plea and held a hearing on Yanez's punishment. The State introduced a video of the murder during the punishment hearing. The video showed Yanez stab the victim many times. The medical examiner testified the victim had been stabbed sixty-three times. A psychologist who evaluated Yanez testified that Yanez has a personality disorder

---

[1]TEX. PENAL CODE ANN. § 19.02.

with paranoia and antisocial traits. Additionally, the psychologist diagnosed Yanez with severe chronic alcohol use disorder and neurocognitive disorder related to alcohol use. The psychologist testified Yanez's condition is progressive, and he will not improve. At the conclusion of the hearing, the trial court found Yanez guilty and sentenced him to life in prison. This appeal followed.

Yanez's court-appointed counsel has filed a motion to withdraw as counsel and a brief in support of that motion. In the brief, counsel avers that, in her professional opinion, this appeal is frivolous. Counsel's brief and motion meet the requirements of *Anders v. California*, 386 U.S. 738, 744–45 (1967), by presenting a professional evaluation of the appellate record demonstrating why there are no arguable grounds for relief. *See Stafford v. State*, 813 S.W.2d 503, 510–11 & n.3 (Tex. Crim. App. 1991).

In compliance with *Kelly v. State*, counsel (1) notified Yanez of her motion to withdraw; (2) provided him a copy of both the motion and brief; (3) informed him of his right to file a pro se response; (4) informed him of his pro se right to seek discretionary review should this Court hold the appeal frivolous; and (5) took concrete measures to facilitate his review of the appellate record. *See* 436 S.W.3d 313, 319 (Tex. Crim. App. 2014). This Court afforded Yanez the opportunity to file a response on his own behalf, but he did not do so.

After an appellant's court-appointed counsel files a motion to withdraw on the ground that an appeal is frivolous and fulfills the requirements of *Anders*, this Court

is obligated to undertake an independent examination of the record to see if there is any arguable ground that may be raised on appellant's behalf. *See Stafford*, 813 S.W.2d at 511. Only then may we grant counsel's motion to withdraw. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988).

We have carefully reviewed counsel's brief and the appellate record. We agree with counsel that this appeal is wholly frivolous and without merit—we find nothing in the appellate record that arguably might support this appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d 684, 685 n.6 (Tex. Crim. App. 2006). Accordingly, we grant counsel's motion to withdraw and affirm the trial court's judgment.

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE

230974f.u05
Do Not Publish
Tex. R. App. P. 47



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ARTEMIO FLORES YANEZ,
Appellant

No. 05-23-00974-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 199th Judicial District Court, Collin County, Texas
Trial Court Cause No. 199-83716-2021.
Opinion delivered by Justice Breedlove. Justices Molberg and Kennedy participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 7th day of October, 2024.